## Thomas A. Sheridan, Appellant, v. Dr. Louis L. Fiorito, Appellee.

### Gen. No. 41,467.

opinion filed February 17, 1941. Harold L. Nimz and Goodman & Golosinec, for appellant; Irving Goodman, Ben W. Goldman and Harold L. Nimz, of counsel; Ross & Berchem, for appellee; Harold W. Huff and James R. Mills, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."